1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| HARPAL SINGH CHEEMA, | CIV. S-05-985-GEB/JFM |
|---|---|
| Plaintiff, | **FEDERAL DEFENDANTS' SUBSTITUTION OF ATTORNEYS AND DESIGNATION OF COUNSEL FOR SERVICE UNDER LR 83-182(c)(1) AND (g); ORDER** |
| v. | |
| MARK CHANDLESS, et al., | |
| Defendants. | |

   Because Assistant United States Attorney Joseph E. Maloney is about to retire from federal service, AUSA Yoshinori H. T. Himel now represents the federal defendants. All papers should be served on AUSA Himel.

Dated:  January 25, 2006            McGREGOR W. SCOTT
                                    United States Attorney

                          By:  /s/ Y H T Himel
                               YOSHINORI H. T. HIMEL
                               Assistant U. S. Attorney

                          By:  /s/ Jos E Maloney
                               JOSEPH E. MALONEY
                               Assistant U. S. Attorney

<u>ORDER</u>

It is SO ORDERED.

Dated: January 25, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge